**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                      Civil Action No.  1:14-cv-00642-JFM

JOHN DOE, subscriber assigned IP address
24.126.89.88,

    Defendant.

                                      /

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 24.126.89.88.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 14, 2014

                                                              Respectfully submitted,

                                                              By:     /s/ *Jon A. Hoppe*
                                                              Jon A. Hoppe, Esquire
                                                              jhoppe@mhhhlawfirm.com
                                                              MADDOX, HOPPE, HOOFNAGLE &
                                                              HAFEY, L.L.C.
                                                              1401 Mercantile Lane #105
                                                              Largo, Maryland 20774
                                                              Phone:  301-341-2580
                                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Jon A. Hoppe
      Jon A. Hoppe